RECEIVED
MAR 29 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Clerk, U.S. District Court

As to the civil cause no 4:20 CV 203-SA-JMV. We do not want to pursue the matter any further. Our lawyer just called and said we didn't have a good case. Please let the people, who need to know, that we are done with it

Thank you

Case: 4:20-cv-00203-SA-JMV Doc #: 39 Filed: 03/29/22 2 of 2 PageID #: 281

Sharie Hubbbert
3209 Attala Road, 2267
Mc Cool, MS 39108

SCANNED

CLERK, U.S. DISTRICT COURT
911 JACKSON AVENUE, ROOM 369
OXFORD, MS. 38655-3622

JACKSON MS 390
28 MAR 2022 PM 3 L

FOREVER / USA

38655$3622 C008



